UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Bluewater Residential Services,
LLC,

Debtor.

Bky File No. 25-50824

Chapter 11

Subchapter V

EIN: 73-1724138

---

AND

In re:

Northern Lights of Duluth, LLC,

Debtor.

Bky File No. 25-50825

Chapter 11

Subchapter V

EIN: 73-1724137

---

**STIPULATION REGARDING PROCEDURES FOR EVIDENTIARY HEARING**

---

This stipulation is made by and among Mr. Dale Zubke, and the debtors, Bluewater Residential Services, LLC and Northern Lights of Duluth, LLC this 3oth day of March 2026.

1.  The court has set an evidentiary hearing on Mr. Zubke's motions to dismiss and to abstain for May 11, 2026 (the "hearing").

2.  Subject to the court's discretion; the parties stipulate and agree that:

    a.  the hearing shall be conducted in person in Minneapolis, Minnesota, at the Diana E. Murphy United States Courthouse; and for good cause in compelling circumstances and with appropriate safeguards, the court may permit witnesses to testify in open court by contemporaneous

transmission from a different location via a video-conferencing platform, as designated by the court.

**Joseph W. Dicker, P.A.**

*/e/ Joseph W. Dicker*
Joseph W. Dicker (158264)
Suite 209
1406 West Lake Street
Minneapolis, MN  55408
Telephone:  (612) 827-5941
Email:  joe@joedickerlaw.com

**Attorney for:**
**Bluewater Residential Services, LLC**
       **And**
**Northern Lights of Duluth, LLC**

**Messerli & Kramer**

/e/David M. Tanabe
David M. Tanabe (0400262)
50 South Sixth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 672-3628
Email: dtanabe@MesserliKramer.com

**Attorneys for Mr. Dale Zubke**